Ronald L. **BASKETT**, Plaintiff–Appellant,

v.

Tamara **PAPINI**, DOC Office of Correctional Operations, Defendant–Appellee.

No. 06–35104.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 13, 2007.*

Filed Aug. 21, 2007.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

---

Ronald L. Baskett, Monroe, WA, pro se.

Before: KLEINFELD, SILVERMAN, and M. SMITH, Circuit Judges.

### MEMORANDUM **

Washington state prisoner Ronald L. Baskett appeals pro se from the district court's order dismissing for failure to state a claim his 42 U.S.C. § 1983 action alleging his probation officer violated his constitutional rights during his participation in sex offender treatment. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Osborne v. Dist. Atty's Office for the Third Judicial Dist.,* 423 F.3d 1050, 1052 (9th Cir.2005) (dismissal pursuant to *Heck v. Humphrey,* 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994)); *Resnick v. Hayes,* 213 F.3d 443, 447 (9th Cir.2000) (dismissal under screening provisions of 28 U.S.C. § 1915A). We affirm.

The district court properly dismissed Baskett's section 1983 action as *Heck*-barred because his allegations necessarily call into question the validity of the probation revocation, and Baskett failed to allege that his sentence has been invalidated. *See Heck,* 512 U.S. at 486–87, 114 S.Ct. 2364; *see also Butterfield v. Bail,* 120 F.3d 1023, 1024 (9th Cir.1997) (holding that a 42 U.S.C. § 1983 challenge to the denial of parole is barred by *Heck* ).

Baskett's remaining contentions lack merit.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.